IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JACQUELINE DRINKS | : | Date of Notice: July 16, 2003 |
| vs. | : | |
| LOCKHEED MARTIN CORPORATION MANAGEMENT & DATA SYSTEMS | : | CIVIL ACTION NO. 02-4352 |

TAKE NOTICE that the above-captioned matter is scheduled for __JURY TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on <u>October 20, 2003</u>, at <u>10:00 A.M.</u>, in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,


Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam


COPIES BY MAIL ON __7/16/03__  TO:  Arthur B. Jarrett, Esquire
                                    Jonathan J. James, Esquire
                                    Sidney L. Gold, Esquire