IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE DRINKS, | : | CIVIL ACTION NO.: 02-CV-4352 |
| *Plaintiff*, | : | |
| v. | : | |
| LOCKHEED MARTIN CORPORATION MANAGEMENT & DATA SYSTEMS, | : | |
| *Defendant*. | : | |

## DEFENDANT, LOCKHEED MARTIN CORPORATION MANAGEMENT & DATA SYSTEM'S MOTION FOR SUMMARY JUDGMENT

Defendant, Lockheed Martin Corporation, Management & Data Systems, hereby moves this Court to enter Summary Judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure for the reasons set forth in Defendant's Memorandum of Law in Support thereof.

Respectfully submitted,

SIDNEY L. GOLD & ASSOCIATES, P.C.

_____
SIDNEY L. GOLD, ESQUIRE
Identification No.: 21374
Eleven Penn Center - Suite 515
1835 Market Street
Philadelphia, PA 19103
(215) 569-1999
**Attorney for Defendant**