## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of Defendant's Motion for Summary Judgment and Memorandum of Law in Support thereof, to be served by Hand-Delivery, properly addressed, upon the following:

>Walter D. Schirrmacher, Esquire
>JAMES, JARRETT & SCHWARTZ, P.C.
>Stephen Girard Building, 9th Floor
>21 South 12th Street
>Philadelphia, PA 19107

_____
SIDNEY L. GOLD, ESQUIRE

DATE:_____