IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE DRINKS, | : CIVIL ACTION NO.: 02-CV-4352 |
| *Plaintiff*, | : |
| v. | : |
| LOCKHEED MARTIN CORPORATION MANAGEMENT & DATA SYSTEMS, | : |
| *Defendant*. | : |

# O R D E R

**AND NOW**, to wit this _____ day of _____, 2003, upon consideration of Defendant's Motion for Summary Judgment and Memorandum of Law in Support thereof, it is hereby **ORDERED** and **DECREED** that said motion is **GRANTED**.

BY THE COURT:

_____
J.