IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR HOLDER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| SAMUEL ADJEMAN, et al | : | NO. 02-6592 |

**O R D E R**

      **AND NOW, TO WIT:** This     day of September, 2003, it having been reported that the issues between the parties in the above action have been settled and, upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT

_____
CAROL SANDRA MOORE WELLS
U.S. MAGISTRATE JUDGE

Civ 2 (7/83)
41.1(b)