# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of Defendant's Memorandum of Law in Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, to be served by Hand-Delivery, properly addressed, upon the following:

>
> Walter D. Schirrmacher, Esquire
> JAMES, JARRETT & SCHWARTZ, P.C.
> Stephen Girard Building, 9th Floor
> 21 South 12th Street
> Philadelphia, PA 19107

_____
SIDNEY L. GOLD, ESQUIRE

DATE:_____