```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JACQUELINE DRINKS                       :        CIVIL ACTION

      vs.                               :

LOCKHEAD MARTIN CORPORATION             :        NO. 02-4352
MANAGEMENT & DATA SYSTEMS


## **O R D E R**

      **AND NOW**, this 21st day of October, 2003, it having been reported that the issues between **PLAINTIFF JACQUELINE DRINKS** and **DEFENDANT LOCKHEED MARTIN CORPORATION MANAGEMENT & DATA SYSTEMS** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.


ATTEST:                              or        BY THE COURT:


BY:_____                   _____
    Rosalind Burton-Hoop                      JOHN P. FULLAM, Sr. J.
      Deputy Clerk



COPIES BY MAIL ON ___10/21/03___   TO: Arthur B. Jarrett, Esq.
                                       Jonathan J. James, Esq.
                                       Walter D. Schirrmacher, Esq.
                                       Sidney L. Gold, Esq.


Civ 12 (7/95)