## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACQUELINE DRINKS,

*Plaintiff,*

v.

LOCKHEED MARTIN CORPORATION
MANAGEMENT & DATA SYSTEMS,

*Defendant.*

CIVIL ACTION NO.: 02-CV-4352

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice, and without costs or fees to either party.

SIDNEY L. GOLD, ESQUIRE
SIDNEY L. GOLD & ASSOCIATES, P.C.
1835 Market Street - Suite 515
Philadelphia, PA 19103
(215) 569-1999

Attorney for Defendant

Jonathan J. James, Esquire
Stephen Girard Building
21 South 12th Street
9th Floor
Philadelphia, PA 19107

Attorney for Plaintiff